

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Jaimini A. Vyas**<br>*Assistant Corporation Counsel*<br>347-556-8536<br>jvyas@law.nyc.gov |

December 21, 2023

**BY ECF**

Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Grullon et al. v. Banks et al.*, 23-cv-10388 (KPF)

Dear Judge Failla:

      This office represents Defendants David C. Banks, in his official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education ("DOE") in the above-captioned matter. With Plaintiffs' consent, I write to request an extension for Defendants' deadline to submit papers in opposition to Plaintiffs' request for a preliminary injunction.

      Defendants' opposition papers in this matter are due tomorrow, December 22, 2023, according to the briefing schedule in *Rodriguez et al v. Banks et al.*, 23-cv-10356-KPF. Defendants respectfully request an extension of eight days (8) days, until December 29, 2023, to file opposition papers in this matter. Defendants request this extension to better ensure the availability and necessary input of various Law Department and DOE personnel and to accommodate those individuals' holiday schedules.

      This is Defendants' first request to extend this deadline and Defendants' second request for an extension of deadlines in this action. Your Honor granted Defendants' first request for an extension of time to respond to Plaintiffs' Complaint. No existing deadlines in the case would be impacted by the requested extension.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Jaimini A. Vyas
Assistant Corporation Counsel

cc:  **BY ECF**
     counsel of record